UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE EDWARD JOHNSON,
    Plaintiff,

vs.                                                                      Case   No.:
3:19cv516/LAC/EMT

OFFICER KOSANOVICH and
OFFICER POGUE,
    Defendants.

_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on August 24, 2021 (ECF No. 108). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 108) is adopted and incorporated by reference in this order.

2.    Defendants' Motion   for Summary Judgment (ECF No. 87) is

**DENIED**.

**DONE AND ORDERED** this 13th day of September, 2021.


_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**